UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ohio Asphalt Paving, Inc.,**

    Plaintiff,

-V-                                        Case No. 2:05-cv-0546
                                                 JUDGE SMITH
                                                 Magistrate Judge Abel

**Board of Commissioners of
Coshocton County, Ohio,**

    Defendant.

### ORDER

Apache Aggregate and Paving Company ("Apache") moved to intervene in this lawsuit on June 15, 2005 (Doc. 8). The motion is unopposed. The Court **GRANTS** Apache's motion to intervene.

The Clerk shall remove Doc. 8 from the Court's pending CJRA motions list.

        **IT IS SO ORDERED.**

                                                    /s/ George C. Smith          

**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**