UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ohio Asphalt Paving, Inc.,**

    Plaintiff,

-V-                          Case No. 2:05-cv-0546
                            JUDGE SMITH
                            Magistrate Judge Abel

**Board of Commissioners of**
**Coshocton County, Ohio,**

    Defendant.

## ORDER

The parties settled this action on or before December 9, 2005.

The Clerk shall remove this case from the Court's pending cases docket.

    IT IS SO ORDERED.

                                        /s/ George C. Smith
                                        GEORGE C. SMITH, JUDGE
                                        UNITED STATES DISTRICT COURT